IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| CYNTHIA REISZ WHITE and ALBERT GRAHM WHITE | ) ) ) | |
| v. | ) ) | No. 3:22-0816 Crenshaw/Holmes |
| WIPEOUT LOGISTICS, et al | ) ) | |

**O R D E R**

Pending before the Court is Plaintiffs' request to reschedule the initial case management conference (Docket No. 8), which is GRANTED.[1] The initial case management conference is rescheduled for **April 20, 2023, at 11:00 a.m. (CDT)** using the Court's conference line at 1-877-402-9753, access code 3808663#.[2] Counsel are reminded of the requirement for joint preparation of a proposed initial case management order, which must be filed by no later than **three (3) business days** in advance of the initial case management and a copy of which must also be separately emailed in Word format to the Courtroom Deputy (at the email address in n.2 below).[3]

It is SO ORDERED.

BARBARA D. HOLMES
United States Magistrate Judge

---

[1] In granting the motion, the Court reminds the parties and their counsel of their obligation to manage this case without further reminders by the Court or prompts for attention. Failure to do so will become increasingly consequential, including by imposition of any of the remedies authorized by Fed. R. Civ. P. 16(f), 41, or the Court's inherent authority to manage its dockets.

[2] If this date and time present an unresolvable conflict for counsel, they must promptly contact the Courtroom Deputy, William Woods, at William_Woods@tnmd.uscourts.gov, to obtain another mutually agreeable date and time available on the Court's calendar.

[3] Counsel should utilize the form initial case management order found on the Court's website under the link to Magistrate Judge Holmes with designated provisions for Chief Judge Crenshaw's cases.