IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | |
|---|---|
| **CYNTHIA REISZ WHITE** *et al.* ) | |
| ) | **Case No. 3:22-cv-00816** |
| v. ) | **Chief Judge Crenshaw** |
| ) | **Magistrate Judge Holmes** |
| **WIPEOUT LOGISTICS, LLC** *et al.* ) | |

**O R D E R**

On October 24, 2023, Defendant Wipeout Logistics filed a notice of settlement that "this lawsuit has been settled." (Docket No. 19 at 1.) The notice further states that a stipulation of dismissal will be filed by the parties within 30 days. (*Id.*) Accordingly, by no later than **November 27, 2023** (because of intervening federal holiday days and weekends), the parties must submit either a stipulation of dismissal or other filing in resolution of this case.[1]

It is SO ORDERED.

_____
BARBARA D. HOLMES
United States Magistrate Judge

---

[1] The parties' stipulation or other filing must also include an affirmative statement of Plaintiffs, by and through counsel, that all claims, including any asserted against Unknown Driver Defendant referenced in the complaint, are dismissed. To the extent that the timing of this case would have permitted an amendment to substitute a named Defendant in place of Unknown Driver Defendant even prior to the amendment deadline – an issue about which the Court expresses no opinion – no such motion was timely filed before the amendment deadline of July 31, 2023. The time for Plaintiffs to seek leave to amend their complaint to substitute a named Defendant for Unknown Driver Defendant has now expired. Nevertheless, for purposes of clarity of the record, Plaintiffs must clearly state in the stipulation of dismissal or other filing in resolution of this case that all claims asserted against any Defendant are dismissed.